# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BAUMEISTER, on behalf of herself and those similarly situated,<br><br>                               Plaintiff,<br><br>    vs.<br><br>SPANX LLC,<br><br>                               Defendant. | Case No. 25-cv-10041<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: November 20, 2025<br>Current response date: December 15, 2025<br>New response date: January 12, 2026 |

The Court, having reviewed the parties' Stipulation Extending Time to Respond to Initial Complaint, hereby ORDERS as follows: Defendant's deadline to respond to the complaint shall be extended to and including January 12, 2026.

**IT IS SO ORDERED.**

Dated: December 12, 2025

_____

HON. J ROBERT M. ILLMAN

Judge of the United States District Court for the Northern District of California

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND TIME

SHOO , HARD  BACON L.L.P.
Rachel A. Straus  SBN 268836
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: 424.285.8330
Fax: 424.204.9093

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BAUMEISTER, on behalf of herself and those similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>SPANX LLC,<br><br>        Defendant. | Case No. 25-cv-10041<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: November 20, 2025<br>Current response date: December 15, 2025<br>New response date: January 12, 2026 |

HEREAS, on November 20, 2025, Plaintiff Tara Baumeister     Plaintiff  filed a complaint   the   Complaint    in the United States District Court for the Northern District of California against Defendant Spanx LLC    Defendant

HEREAS, Plaintiff served the Complaint on Defendant on November 24, 2025

HEREAS, Defendant re uires additional time to review and evaluate the Complaint and prepare a responsive pleading

HEREAS, good cause exists for continuing Defendant's responsive pleading deadline to allow their counsel time to evaluate the claims in the Complaint

HEREAS, Plaintiff has agreed that Defendant's time to answer or otherwise respond to the Complaint should be extended until January 12, 2026

NO  , THEREFORE, by and through their respective counsel of record, sub ect to Court approval, the Parties hereby stipulate and agree that Defendant's answer and or response to Plaintiff's complaint shall be due on January 12, 2026.

IT IS SO STIPULATED.

Respectfully submitted,

SHOO  , HARD      BACON L.L.P.

By:   s  Rachel A. Straus

Rachel A. Straus
Attorneys for Defendant
Spanx LLC

A  EROUNI LA    GROUP, APC        By:    s  Gustavo Ponce

Gustavo Ponce
Attorneys for Plaintif

-2-