# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BAUMEISTER, on behalf of herself and those similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>SPANX LLC,<br><br>  Defendant. | Case No. 25-cv-10041<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>**Complaint Filed:** November 20, 2025<br>**Current response date:** January 12, 2026<br>**New response date:** February 11, 2026 |

The Court, having reviewed the parties' Stipulation Extending Time to Respond to Initial Complaint, hereby ORDERS as follows: Defendant's deadline to respond to the complaint shall be extended to and including February 11, 2026.

**IT IS SO ORDERED.**

Dated: January 7, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge