# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

TARA BAUMEISTER, on behalf of herself and those similarly situated,

                    Plaintiff,

        vs.

SPANX LLC,

                    Defendant.

Case No. 25-cv-10041

[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Complaint Filed: November 20, 2025
Current response date: February 11, 2026
New response date: March 13, 2026

The Court, having reviewed the parties' Stipulation Extending Time to Respond to Initial Complaint, hereby ORDERS as follows: Defendant's deadline to respond to the complaint shall be extended to and including March 13, 2026.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge

1
[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND TIME