# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TARA BAUMEISTER, on behalf of herself and those similarly situated,

                    Plaintiff,

   vs.

SPANX LLC,

                    Defendant.

Case No. 25-cv-10041

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Complaint Filed: November 20, 2025
Current response date: April 13, 2026
New response date: May 13, 2026

The Court, having reviewed the parties' Stipulation Extending Time to Respond to Initial Complaint, hereby ORDERS as follows: Defendant's deadline to respond to the complaint shall be extended to and including May 13, 2026.

**IT IS SO ORDERED.**

Dated: <u>April 8, 2026</u>

_____
Hon. J. Robert M. Illman
United States District Judge

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT