UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BAUMEISTER, on behalf of herself and those similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>SPANX LLC,<br><br>               Defendant. | Case No.: 1:25-cv-10041-RMI<br><br>**[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

This Court, having reviewed the parties' Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Complaint (ECF No. 34), and for good cause appearing, IT IS HEREBY ORDERED that Defendant Spanx LLC's time to answer, move, or otherwise respond to Plaintiff's Complaint is EXTENDED to and including June 26, 2026.

**IT IS SO ORDERED**

Dated: May __26__, 2026

_____

HON. ROBERT M. ILLMAN

United States Magistrate Judge

ORDER GRANTING STIPULATION FOR EXTENSION
CASE NO. 1:25-CV-10041-RMI